Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E. Bonneville Avenue, #505
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
Michael J. Poser

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. POSER, | Case No.: 2:19-cv-00122-JAD-NJK |
| Plaintiff, | **Stipulation and Order Dismissing Action** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ECF No. 18 |
| Defendant. | |

TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Michael J. Poser ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social

-1-

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: May 8, 2019             Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Cyrus Safa*
                          BY:_____
                                  Cyrus Safa
                                  Attorney for plaintiff Michael J. Poser

DATE: May 8, 2019             NICHOLAS A. TRUTANICH
                                        United States Attorney

                                        /s/ *Patrick W. Snyder*
                                   _____
                                   PATRICK W. SNYDER
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant Nancy A. Berryhill,
                                   Acting Commissioner of Social Security
                                   (Per e-mail authorization)

**ORDER**

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

                                        _____
                                   U.S. District Judge Jennifer A. Dorsey
                                   Dated: May 9, 2019